THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KORREY, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY L. MASONE, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of FRED A. WENCK, Respondent, v. CHARLES FURY, Appellant.— Motion to extend time to argue appeal granted on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

LOUIS SAVARESE and Another, Respondents, v. CROWN CEMENT BLOCK COMPANY, INC., Defendant. EDWARD F. JAMES, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Wednesday, December 1, 1926 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

CLARA WESTMAN, Respondent, v. CHARLES A. STONEHAM and ROSS F. ROBERTSON, as Partners, etc., Appellants, and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

JACOB BLACK, Respondent, v. WILGLEN BUILDING CORPORATION, Appellant.— Order granting plaintiff's motion to strike out defendant's answer as sham and frivolous, and for judgment on the complaint, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the answer is neither sham nor frivolous. Whether the contract between the parties contained the phrase in question, and its true meaning and purpose, cannot be determined upon affidavit, but only after a trial of the issue thus raised. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ANTHONY BOTTA, Appellant, v. JACOB M. COHEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANNIE BRIMBERG, INCORPORATED, etc., Appellant, v. MOSES FELTENSTEIN and SIDONIA FELTENSTEIN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.